IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02764-WJM-MJW

KARIN CHRISTINE BREMER,

Plaintiff(s),

v.

ASSOCIATION OF FLIGHT ATTENDANTS - CWA, and
UNITED AIR LINES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant AFA's Motion for the Court to Amend AFA's Motion to Dismiss, DN 50, filed with the Court on April 23, 2012, is GRANTED. Defendant AFA's Motion for the Court to Amend AFA's Motion to Dismiss (ECF No. 21) is amended to allow AFA to withdraw its contention regarding insufficient service of process pursuant to Rule 12(b)(5).

Date:  April 24, 2012