IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02764-WJM-MJW

KARIN CHRISTINE BREMER,

Plaintiff,

v.

ASSOCIATION OF FLIGHT ATTENDANTS - CWA, and
UNITED AIR LINES, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that United Air Line, Inc.'s Motion to Stay Discovery and All Related Case Deadlines as to United (Docket No. 69) is GRANTED.  The discovery schedule and all pending case deadlines are vacated as to United Air Lines, Inc. pending the resolution of this court's Recommendation (Docket No. 63).

Date: June 26, 2012