IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02764-WJM-MJW

KARIN CHRISTINE BREMER,

Plaintiff(s),

v.

ASSOCIATION OF FLIGHT ATTENDANTS - CWA, and
UNITED AIR LINES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant AFA's Motion to Stay Case Deadlines, Including the Deadline for AFA to take Plaintiff Bremer's Deposition (docket no. 83) is GRANTED finding good cause shown.  The discovery deadlines are STAYED pending further Order of Court.

It is FURTHER ORDERED that the Pro Se Plaintiff's Motion for Leave to File an Amended Complaint (docket no. 81) is set for hearing before Magistrate Judge Watanabe on October 16, 2012 at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.

It is FURTHER ORDERED that this case is also set for a Status Conference on October 16, 2012, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.  At this Status Conference, this court will address any modification to the Scheduling Order.  The Pro Se Plaintiff and counsel shall bring their calendars to this hearing.

Date: October 2, 2012