# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.** 11-cv-02764-WJM-MJW          FTR - Courtroom A-502

**Date:** October 16, 2012                                         Courtroom Deputy, Ellen E. Miller

*Parties*                                                                      *Counsel*

KARIN CHRISTINE BREMER,                             Pro Se

    Plaintiff(s),

v.

ASSOCIATION OF FLIGHT ATTENDANTS - CWA,      Robert A. Seltzer
a Labor Organization, and                                       Mark B. Wiletsky
UNITED AIRLINES, INC.,                                         Maureen R. Witt
a wholly owned subsidiary of United Continental
Holdings, Inc., a Delaware corporation,

    Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:**   1:30 p.m.
Court calls case. Appearances of *Pro Se* Plaintiff and defense counsel.

The Court raises Plaintiff's Motion for Leave to File an Amended Complaint for argument.

Statements by Ms. Bremer, Mr. Seltzer, and Mr. Wiletsky.

**It is ORDERED:**       Plaintiff's MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [Docket No. **81**, filed September 21, 2012] is GRANTED for reasons as set forth on the record.

Although the document (Docket No. 81-1) is styled Motion for Leave to File an Amended Complaint, the document is deemed to be the Plaintiff's AMENDED COMPLAINT and is therefore accepted for filing as of October 16, 2012. This Amended Complaint shall be the operative pleading in this case.

The Court raises Defendant United Air Lines, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint for argument.

Statements by Mr. Wiletsky**.**  No statements by Mr. Seltzer or Ms. Bremer.

**It is ORDERED:**   Plaintiff shall have up to and including **OCTOBER 31, 2012** within which to file a written response to Defendant United Air Lines, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint [Docket No. **86**, filed October 11, 2012].  The motion is **TAKEN UNDER ADVISEMENT** pending the filing of a response by Plaintiff.  The Court will issue a written recommendation in due course.

In court, defendant Association of Flight Attendants - CWA served upon the Plaintiff discovery requests.

**It is ORDERED:**   Plaintiff shall have up to and including **NOVEMBER 16, 2012** within which to respond to the discovery requests which were served in court.

Discussion is held regarding needed amendments to the Scheduling Order.

**It is ORDERED:**   The SCHEDULING ORDER [Docket No. **37**, FILED March 12, 2012] is amended as follows:

Discovery Cut-off is extended to **JANUARY 31, 2013**

Dispositive Motions Deadline for any additional dispositive motions is extended to **FEBRUARY 28, 2013.**

Final Pretrial Conference set DECEMBER 10, 2012 at 9:00 a.m.  is VACATED and RESET to **APRIL 18, 2013 at 9:30 a.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Parties shall file their proposed Final Pretrial order **on or before APRIL 15, 2013.**  Counsel for defendant United Airlines, Inc., shall electronically file the jointly prepared Final Pretrial Order.

Discussion is held regarding the need for a Protective Order.  Parties shall forthwith  meet and confer and file an appropriate motion for protective order and a proposed protective order.

Hearing concluded.
**Court in recess:**   1:58 p.m.
Total In-Court Time 00:28

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.