IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02764-WJM-MJW

KARIN CHRISTINE BREMER,

Plaintiff(s),

v.

ASSOCIATION OF FLIGHT ATTENDANTS - CWA, and
UNITED AIR LINES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that United Air Lines, Inc.'s Unopposed Motion to Stay Discovery and All related Case Deadlines As to United (Docket No. 99) is granted. Discovery and all pending deadlines as to United Air Lines, Inc., are stayed pending a ruling on United's motion to dismiss. In addition, the Final Pretrial Conference set for April 18, 2013, at 9:30 a.m. is vacated. The Scheduling Order (Docket No. 37), as amended (Docket No. 90), is so amended.

Date: January 22, 2013