IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02764-WJM-MJW

KARIN CHRISTINE BREMER,

Plaintiff(s),

v.

ASSOCIATION OF FLIGHT ATTENDANTS - CWA, and
UNITED AIR LINES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant AFA's Unopposed Motion to Stay All Case Deadlines As to AFA (Docket No. 102) is granted.  Discovery and all pending deadlines as to AFA, including the January 31, 2013, deadline to take plaintiff's deposition, are stayed pending a ruling on AFA's motion to strike the amended complaint (Docket No. 91) and United Airline's motion to dismiss (Docket No. 86).

Date: January 25, 2013